No. 226. GONZALEZ *v.* THE ROMAN CATHOLIC ARCH-BISHOP OF MANILA. October 15, 1928. Petition for writ of certiorari to the Supreme Court of the Philippine Islands granted. *Messrs. Howard Thayer Kingsbury, Frederic R. Coudert,* and *Allison D. Gibbs* for petitioner. *Messrs. George J. Gillespie* and *William D. Guthrie* for respondent.

No. 234. WESTERN & ATLANTIC R. R. *v.* HUGHES, ADMINISTRATRIX. October 15, 1928. Petition for writ of certiorari to the Court of Appeals of the State of Georgia granted. *Messrs. Fitzgerald Hall, Frank Slemons,* and *John L. Tye* for petitioner. *Mr. Reuben R. Arnold* for respondent.

No. 238. UNITED STATES *v.* NEW YORK CENTRAL R. R. Co.; and

No. 304. UNITED STATES *v.* NEVADA COUNTY NARROW GAUGE R. R. Co. October 15, 1928. Petitions for writs of certiorari to the Court of Claims granted. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Charles E. Stewart* for the United States. *Messrs. Ben B. Cain, George H. Fernald, Jr., Frederick H. Wood,* and *Clarence M. Oddie* for respondents.

No. 251. POSADAS, COLLECTOR, *v.* WARNER, BARNES & Co., LTD.; and

No. 252. POSADAS, COLLECTOR, *v.* MENZI. October 15, 1928. Petition for writs of certiorari to the Supreme Court for the Philippine Islands granted. *Messrs. William Cattron Rigby, J. A. Hull,* and *Edward A. Kreger* for petitioner. *Messrs. Martin Taylor, Clyde Alton DeWitt,* and *Eugene Arthur Perkins* for respondents.